Jorge F. FERRER, M.D., Petitioner,

v.

TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, Michael Aiken, Provost, Barry S. Cooperman, Vice-Provost for Research, Edwin Andrews, Dean of School of Veterinary Medicine, and Jeffrey Roberts, Associate Dean of School of Veterinary Medicine, Respondents.

Supreme Court of Pennsylvania.

Dec. 7, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 7th day of December, 2000, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED** to the following two issues:

1. Whether the Superior Court erred in finding that petitioner did not sustain compensable damages and thus was unable to establish that he suffered harm from the University's breach of contract.

2. Whether the Superior Court erred in finding that the jury instructions at issue were insufficient and would warrant a new trial.

*ton v. Commonwealth,* — Pa. —, 763 A.2d 386 (2000).

Justice CAPPY files a concurring statement.

CAPPY, Justice, concurring.

I join the per curiam reversal and remand for the reasons set forth more fully in my concurring opinion in *Harrington v. Commonwealth, Dep't of Transp.,* — Pa. —, 763 A.2d 386 (2000).

---

**John W. SIEKIERDA, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Dec. 22, 2000.

## ORDER

PER CURIAM:

**AND NOW,** this 22nd day of December, the order of the common pleas court is REVERSED, and the matter is remanded for further proceedings consistent with *Commonwealth v. McCafferty,* — Pa. —, 758 A.2d 1155 (2000), and *Harring-*